Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Dyeing & Printing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Zoetop Business Co., Ltd.; Shein Distribution Corporation; Roadget Business Pte, Ltd.; et al., <br><br> Defendants. | Case No. 2:22-cv-03741-FLA-RAO <br> <u>Hon. Fernando L. Aenlle-Rocha Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of this action. The parties have finalized the terms of a written agreement memorializing their settlement but are waiting on signatures from the parties' principals to fully execute that agreement. To allow time for the parties to obtain the outstanding signatures and then consummate the settlement, the parties anticipate filing a stipulation to dismiss this action with prejudice within 35-40 days from this filing. Accordingly, the parties respectfully request that the Court vacate all dates and retain jurisdiction for the purpose of enforcing the settlement between the parties.

Date: December 14, 2023

Respectfully submitted,

By: /s/ *Benjamin F. Tookey*
Stephen M. Doniger, Esq.
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff